SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PETER H. KLEE, Cal Bar No. 111707
  pklee@sheppardmullin.com
501 West Broadway, 18th Floor
San Diego, California 92101-3598
Telephone:    619.338.6500
Facsimile:    619.234.3815

SUZANNE Y. BADAWI, Cal Bar No. 194692
  sbadawi@sheppardmullin.com
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone:  213.620.1780
Facsimile:   213.620.1398

Attorneys for Defendant
ALLSTATE NORTHBROOK INDEMNITY COMPANY

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROGELIO MORENO,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY; and DOES 1 TO 100, Inclusive,<br><br>Defendants. | Case No. 2:24-cv-01772-MWC (AGRx)<br><br>Hon. Michelle Williams Court<br>Courtroom 6A, 6th Floor<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>[Complaint Filed:  June 28, 2023] |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that Plaintiff Rogelio Moreno and Defendant Allstate Northbrook Indemnity Company recently settled the above-referenced matter in its entirety.

The Parties anticipate filing a joint stipulation requesting dismissal within 30 days.

Dated:  July 7, 2025                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  _____

SUZANNE Y. BADAWI

Attorneys for Defendant
ALLSTATE NORTHBROOK
INDEMNITY COMPANY

SMRH:4923-5373-0387.1

Case No. 2:24-cv-01772-MWC (AGRx)
NOTICE OF SETTLEMENT