UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:24-cv-01772-MWC-AGR Date: July 7, 2025

Title Rogelio Moreno v. Allstate Northbrook Indemnity Company

Present: The Honorable: Michelle Williams Court, United States District Judge

| | |
|---|---|
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings: (In Chambers) Order VACATING Defendant's motion for summary judgment (Dkt. # 28)**

On May 30, 2025, Defendant Allstate Northbrook Indemnity Company ("Defendant") filed a motion for summary judgment. Dkt. # 28. On July 7, 2025, Defendant filed a notice of settlement. Dkt. # 29. Accordingly, the Court VACATES the motion for summary judgment.

**IT IS SO ORDERED.**

:

**Initials of Preparer** TJ