# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MORENO,<br><br>       Plaintiff,<br><br>    v.<br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY; and DOES 1 TO 100, Inclusive,<br><br>       Defendants. | Case No. 2:24-cv-01772-MWC (AGRx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE (DKT. 34)**<br><br>**JS-6** |

1  Plaintiff Rogelio Moreno and Defendant Allstate Northbrook Indemnity
2  Company filed a Stipulation for Dismissal pursuant to Federal Rule of Civil
3  Procedure Section 41(a) ("Stipulation").
4  After considering the Stipulation, the Court **DISMISSES** Plaintiff's
5  Complaint with prejudice.

7  **IT IS SO ORDERED.**

9  Dated:  September 3, 2025

_____
Honorable Michelle Williams Court
UNITED STATES DISTRICT JUDGE